# United States Court of Appeals
# for the Fifth Circuit

No. 21-30742
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 21, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jason W. Harper,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:13-CR-231-1

Before Davis, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Jason W. Harper, federal prisoner # 16667-035, appeals the district court's denial of his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). He argues that the district court abused its discretion in finding that he did not establish extraordinary and compelling reasons for

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

release and in alternatively concluding that the 18 U.S.C. § 3553(a) factors weighed against a sentence reduction.

Harper has not shown that the district court abused its discretion in denying relief. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). His challenges to the district court's balancing of the § 3553(a) factors are unpersuasive. *See id.* at 694. Furthermore, because the district court's independent § 3553(a) analysis supports the denial of his motion, it is unnecessary to consider Harper's arguments challenging the district court's conclusion that he failed to show extraordinary and compelling reasons warranting relief. *See United States v. Jackson*, 27 F.4th 1088, 1093 n.8 (5th Cir. 2022); *Ward v. United States*, 11 F.4th 354, 360-62 (5th Cir. 2021). Accordingly, the judgment of the district court is AFFIRMED.